UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03065-WYD-CBS

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

    Plaintiff,

v.

ARTHUR JONES, and
CAROLYN JONES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on PostNet International Franchise Corporation's Motion To Present Telephonic Testimony [ECF No. 22].  After careful consideration, it is

    ORDERED that PostNet's motion [ECF No. 22] is **GRANTED**.  **My Courtroom Deputy, Robb Keech, will contact Christopher Clayton via telephone immediately prior to PostNet calling him as a witness.  Thus, Christopher Clayton shall make himself available and be prepared to give testimony via telephone at or around 3:00 p.m. (MST) on Tuesday, November 26, 2013.**

    Dated:  November 18, 2013.