IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03065-WYD-CBS

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

    Plaintiff,

v.

ARTHUR JONES, and
CAROLYN JONES,

    Defendants.

---

## ORDER

---

    THIS MATTER is before the Court on review of the entire record and the parties' statements during the January 7, 2014, hearing.

    On Tuesday, January 7, 2014, I held a hearing for the sole and limited purpose to determine the "exact and precise civil contempt sanctions" to be imposed against the defendants for violation of my September 30, 2013, Order [ECF No. 19]. ECF No. 28, p. 5.  For the reasons stated on the record at the January 7, 2014, hearing, it is

    ORDERED that the defendants **shall fully comply with my September 30, 2013, Order [ECF No. 19] on or before Monday, February 10, 2014.**  It is

    FURTHER ORDERED that PostNet **shall mail to the defendants, via overnight delivery, my September 30, 2013, Order [ECF No. 19] and all subsequent Minute Orders and Orders that relate to said Order [ECF No. 19].**

**PostNet shall mail such Minute Orders and Orders by Thursday, January 9, 2014.** It is

FURTHER ORDERED that PostNet **shall designate a third person to inspect the defendants' premises at some time subsequent to Monday, February 10, 2014, to determine whether the defendants have complied with my September 30, 2013, Order [ECF No. 19]. Based on such inspection, PostNet shall file a Status Report on or before Friday, February 21, 2014, apprising the Court whether the defendants have fully complied with my September 30, 2013, Order [ECF No. 19].**

**The defendants are on notice that failure to comply with this Order will subject them to the full extent of civil contempt sanctions I am authorized to impose in order to ensure compliance with my previous Orders.**

Dated: January 8, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge